UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD DRESCHER,

    Plaintiff,

-vs-                        Case No:

INLAND MARINE SERVICE, INC.,

    Defendant.
_____/

FILED: April 9, 2008
08cv2010   J. N.
JUDGE NORGLE
MAG. JUDGE DENLOW

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
      -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

**COMPLAINT**

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, complaining against Defendant as follows:

1

1.       Jurisdiction and venue properly lie in this action, Defendant conducting business in this District, in which State - Illinois - Plaintiff is a citizen, and Defendant is a Kentucky corporation with a principle place of business in Kentucky; furthermore, the amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars, per 28 USC 1332, Diversity of Citizenship.

2.       At all times material to issues herein Defendant was the operator of a certain vessel cristened the J.B. Klein Peter, which was being operated by an unlicensed individual, giving rise to burden shifting per the Pennsylvania Rule.

3.       On or about December 24, 2007, Plaintiff was in the course of employment with Columbia Marine when Defendant's vessel the J.B. Klein Peter, being operated by an unlicensed crewman (negligence per se), was operated without reasonable care resulting in a line breaking with Plaintiff being injured fleeing therefrom. Albeit, Defendant will be unable to prove the Plaintiff's injury could not have been caused by its negligence.

4.       Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

     a.   Pain and suffering, past, present and future;

     b.   Mortification, humiliation, fright shock and embarrassment;

     c.   Loss of earnings and earning capacity;

     d.   Hospital, pharmaceutical and other cure expenses;

     e.   Aggravation of prior condition, if any there be;

     f.   Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g.      Mental anguish;

      h.      Found;

      i.      Attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

                O'BRYAN BAUN COHEN KUEBLER
                    KARAMANIAN

/s/ Dennis M. O'Bryan

_____
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

        -and-

/s/ Frederic Mendelsohn (w/consent)

_____
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com

Dated:    April 9, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD DRESCHER,

    Plaintiff,

-vs-                                        Case No:

INLAND MARINE SERVICE, INC.,

    Defendant.
_____/

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
       -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

DEMAND FOR TRIAL BY JURY

_____NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN

KUEBLER, and hereby demands trial by jury in the above-referenced cause of action.

1

                                                    O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Dennis M. O'Bryan

_____
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

      -and-

/s/ Frederic Mendelsohn (w/consent)
_____
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax

Dated:     April 9, 2008